IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GANNER,

        Plaintiff,                        No. CIV S-08-1445 GGH P

    vs.

C/O GIBSON, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a prisoner at the San Joaquin County Jail. On July 24, 2008, the court granted plaintiff thirty days to either file an in forma pauperis application or pay the filing fee. On July 31, 2008, plaintiff filed an application to proceed in forma pauperis. However, the portion of the application requiring certification by jail officials was not complete. In addition, plaintiff did not file a trust account statement for the past six months.

        On July 31, 2008, plaintiff filed an affidavit stating that he believes that if he sent his in forma pauperis application to the sheriff's staff, he would never see it again.

        Plaintiff is granted thirty days to file a completed in forma pauperis affidavit and trust account statement. If jail officials refuse to process the application, he shall file a declaration describing his attempts to obtain a completed application, including the names of the jail officials who refuse to process the application.

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days to
2 file a properly completed in forma pauperis application and six month trust account statement; if
3 plaintiff is unable to obtain these documents, he shall file within that time a declaration
4 describing his attempts to obtain these documents.
5 DATED: 08/21/08

                                                /s/ Gregory G. Hollows
                                                UNITED STATES MAGISTRATE JUDGE

ganner.ord