IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GANNER,

      Plaintiff,                No. CIV S-08-1445 GGH P

    vs.

C/O GIBSON, et al.,

      Defendants.      <u>ORDER</u>

_____/

        Plaintiff has requested a 90-days extension of time to file an amended complaint pursuant to the court's order of January 21, 2009. Plaintiff will be granted a 45-day extension. No further extension will be granted. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 20, 2009, motion for an extension of time (Docket No. 20) is granted; and

        2. Plaintiff is granted 45 days from the date of this order in which to file an amended complaint. Defendants' reply, if any, shall be filed seven days thereafter.

        3. There will be no further extension of time.

DATED: March 8, 2009

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:kly - gann1445.36