IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GANNER,

        Plaintiff,                    No. CIV S-08-1445 GGH P

   vs.

C/O GIBSON, et al.,

        Defendants.          ORDER

_____/

        On July 21, 2008, plaintiff filed his consent to the jurisdiction of the undersigned (docket #4). By order filed November 2, 2009, the court granted plaintiff twenty-eight days to file an amended complaint. In the November 2nd order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the November 2, 2009, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: January 11, 2010                /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:035 - gann1445.fta

1